76 P.3d 576

# SUPREME COURT OF HAWAI'I

State v. Schillaci................................... 22340      08/13/2003      Affirmed, vacated and remanded for new trial

State v. Higa.................... 23262      09/17/2003      Denied      102 Hawai'i 183, 74 P.3d 6

State v. Mara ................... 24703      09/19/2003      Denied      102 Hawai'i 346, 76 P.3d 589